# Johnson *v.* Sloss Iron & Steel Co.

APPEAL from Birmingham City Court.

Tried before the Hon. CHAS. A. SENN.

JAMES A. MITCHELL and H. K. WHITE, for appellant.

No counsel marked as appearing for appellee.

Appeal dismissed.

Opinion PER CURIAM.

---

# Hurd *v.* The State.

APPEAL from Bessemer City Court.

Tried before the Hon. B. C. JONES.

PINKNEY SCOTT, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was prosecuted and convicted for criminal libel.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.